DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRYAN ROBERTS,**
Appellant,

v.

**PHH MORTGAGE CORPORATION,**
Appellee.

No. 4D2025-1831

[July 30, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos Augusto Rodriguez, Judge; L.T. Case No. 062024CA005623AXXXCE.

Bryan Roberts, Miramar, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

SHEPHERD, LOTT, JJ., and COATES, JR., HOWARD K., Associate Judge, concur.

\*  \*  \*

***Not final until disposition of timely-filed motion for rehearing.***